UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
CIVIL ACTION NO. 11-CV-846-M

24 HOUR FITNESS USA, INC.,
a California Corporation dba
24 HOUR FITNESS;
SPORT AND FITNESS CLUBS
OF AMERICA, INC.,
a California Corporation dba
24 HOUR FITNESS,

      Petitioner

vs.

TAYLOR SWINT NORRIS,

      Respondent
      _____/

## NOTICE OF RULING ISSUED BY MAGISTRATE JUDGE HUBEL IN THE DISTRICT OF OREGON

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that on or about June 19, 2012, Magistrate Judge Dennis J. Hubel, who is assigned all of the District of Oregon's sixteen (16) substantially similar petitions to compel arbitration as those filed in this District, has issued an Order to Show Cause why the cases should not be dismissed for failure to prosecute. Attached hereto as Exhibit 1 is the Order from *24 Hour Fitness USA, Inc. v. Brandy Henry*, Case No. 11-cv-01470-HU.

///

1

DATED this 27th day of June, 2012.

                              Respectfully submitted,

                              FOLEY BEZEK BEHLE & CURTIS, LLP

                              By: /s/  Justin P. Karczag
                              Justin P. Karczag
                              California Bar No. 223764
                              Nevada Bar No. 12414
                              Hawaii Bar No. 9709
                              Federal I.D. 1357865
                              E-mail: Jkarczag@foleybezek.com
                              575 Anton Blvd., Suite 710
                              Costa Mesa, California 92626
                              Telephone: (714)556-1700
                              Facsimile: (714) 546-5005

                              ATTORNEY-IN-CHARGE

                              TRAN LAW FIRM L.L.P.

                             By: /s/  Trang Q. Tran
                              Trang Q. Tran
                              Federal I.D.:  20361
                              Texas Bar Number: 00795787
                              E-mail:  Ttran@tranlawllp.com
                              Andrew H Iwata
                              Federal I.D.:  625974
                              Texas Bar Number: 24048568
                              E-mail:  ahi@tranlawllp.com
                              3050 Post Oak Blvd. Suite 1720
                              Houston, Texas 77056
                              Telephone: (713) 223-8855
                              Facsimile: (713) 623-6399

                              CO - COUNSEL FOR
                              RESPONDENT

## **CERTIFICATE OF SERVICE**

      I CERTIFY that on June 27, 2012 the foregoing document and the following exhibit were served on the Parties Counsel of record via the ECF system or via electronic mail.


                                          /S/  Justin P. Karczag

                                          Justin P. Karczag