# EXHIBIT 1

```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF OREGON

                        PORTLAND DIVISION


24 Hour Fitness, USA, Inc.,
a California corporation,
dba 24 Hour Fitness,
                                    Case No. 11-cv-01470-HU
        Plaintiff,

    v.
                                    ORDER TO SHOW CAUSE
BRANDY HENRY,

        Defendants.
```

**IT IS HEREBY ORDERED** that plaintiff shall show good cause, in writing, no later than July 9, 2012, why this case should not be dismissed for failure to prosecute. Defendant's response is due by July 16, 2012.

**IT IS FURTHER ORDERED** that a hearing is set on this matter for **July 18, 2012 at 10:00 a.m., by telephone**. The court will place the call.

DATED this 19th day of June 2012.

/s/ Dennis J. Hubel
_____
Dennis James Hubel
United States Magistrate Judge